# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:21-cv-03692-ODW<br>Bankruptcy Ct. Case No. 2:18-bk-17205-RK<br>Adversary Case No. 2:18-ap-01296-RK | Date | June 22, 2021 |
|---|---|---|---|
| Title | *In re Debtor Avi Cohen* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

On April 30, 2021, Appellant Avi Cohen appealed from the United States Bankruptcy Court, Central District of California, and elected to proceed with the appeal before this District Court. (Notice of Appeal, ECF No. 1.) On May 5, 2021, the Court issued a Notice Regarding Appeal From Bankruptcy Court, notifying Appellant of certain filing requirements and deadlines. (Notice, ECF No. 4.) Specifically, the Court informed Appellant of the requirement to file with this Court a certification of interested parties and notice of related cases. (Notice 1, ECF No. 4, *see also* Notice of Deficiencies in Appeal, ECF No. 3.) The Court also informed Appellant of the requirement to file with the Bankruptcy Court, within fourteen days of filing the notice of appeal, (1) a designation of record, (2) a statement of issues on appeal, and (3) a notice regarding the ordering of transcripts. (Notice 1.) Appellant was informed that "[t]he failure . . . to comply with time requirements as stated in th[e] [N]otice and applicable rules may result in the dismissal of the appeal." (*Id.* at 2.) A review of the dockets here and before the Bankruptcy Court reveals that Appellant has not filed any of the required documents with either court. Consequently, this appeal is **DISMISSED** for failure to prosecute.

**IT IS SO ORDERED.**

| | : | 00 |
|---|---|---|
| | Initials of Preparer | SE |